**RECEIVED**

**DEC 3 1 2025**

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF MO*
*ST. LOUIS*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____**DIVISION**

Benjamin Thurman

Plaintiff(s),

v.

Rug Doctor

Defendant(s). (Enter above the full name(s)
of all defendants in this lawsuit. Please
attach additional sheets if necessary.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ✓    NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for
employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain
a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for
employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file charges with the Equal Employment Opportunity
Commission.*

✓ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,
for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with
Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment
Opportunity Commission.*

\_\_\_\_ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

\_\_\_\_ Other (Describe)

Whistle blower protection act, First amendment Rights, Right to Life, Right to equal protection Right to due process

## PARTIES

2. Plaintiff's name: Benjamin Thurman

Plaintiff's address: 1418 La Cerros Ln, Florissant
Street address or P.O. Box

Florissant Mo, 63031
City/ County/ State/Zip Code

314-756-1447
Area code and telephone number

3. Defendant's name: Rug Doctor

Defendant's address: 415e, Axminister Dr. Fenton, Mo
Street address or P.O. Box

Fenton, Mo, 63026
City/County/State/ Zip Code

636-717-2000
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.      If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)              (City/County)              (State)   (Zip Code)

5.      When did the discrimination occur?  Please give the date or time period:

_____9/29/2021_____

## ADMINISTRATIVE PROCEDURES

6.      Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?

   ☑ Yes    Date filed: ___5/16/2023_____

   ☐ No

7.      Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

   ☑ Yes    Date filed: ___5/16/2023_____

   ☐ No

8.      Have you received a Notice of Right-to-Sue Letter?

   ☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.      If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10.   The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

✓ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

✓ retaliation

✓ harassment

✓ other conduct (specify):
   Wrongful death, surreptitious stalking
   Coercing, threatening etc...

Did you complain about this same conduct in your charge of discrimination?

☑ Yes                              ☐ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

✓ race

___ religion

___ national origin

✓ color

✓ gender

___ disability

___ age (birth year is: _____ )

✓ other: Sexuality

Did you state the same reason(s) in your charge of discrimination?

✓ Yes                          ___ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

On 9/28/2020 I was hired by the Rug Doctor as a repair technician. Adam Meadows was my immediate supervisor. My personal information was displayed indirectly behind my back by coworkers, I was given bad performance reviews, I was moved around and looked over. On 9/29/2021 I was going over documents at work and someone wrote a racially insensitive term on my document. I was soon terminated because of my race and sexuality.

(Continue to page 6, if additional space is needed.)

5

I've documented the harassment and surveillance I've been experiencing I've been subjected to 24/7 surveillance with individuals making provocative comments and attempting to manipulate me. I've been falsely accused and had my living situation disrupted. I've also discovered evidences of my personal spaces being compromised,

Furthermore I'm being targeted with Electromagnetic devices that are causing me Physical harm, including Shocks and Burning Sensations.
I'm Concerned these devices could lead to serious health risk, including Cardiac arrest or heart attack.

Please Help

(Attach additional sheets as necessary).

13.    The acts set forth in paragraph 12 of this complaint:

☑ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes. I would like for the court to grant Council for personal injury, wrongful death and surreptitious stalking. Grant relief for damages related to wrongful death and surreptitous stalking. Grant protective order to prevent further harassment or harm. I would also like the court law enforcement and prosecutor to press criminal charges against perpetrators.  (3,000,000)

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31 day of December , 20 25 .

Signature of Plaintiff Benjamin Thurman