**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

BENJAMIN THURMAN,    )
           )
   Plaintiff,    )
           )
  v.       )   No. 4:25-cv-01896 SPM
           )
RUG DOCTOR,     )
           )
   Defendant.   )

**OPINION, MEMORANDUM AND ORDER**

Before the Court is Plaintiff Benjamin Thurman's post-dismissal "Application for Clerk's Entry of Default." This action was dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) on January 6, 2026. Plaintiff appealed the dismissal, and the Eighth Circuit Court of Appeals summarily affirmed the judgment of the District Court on March 20, 2026. *See Thurman v. Rug Doctor*, No. 26-1181 (8th Cir. 2026). The mandate was issued on April 24, 2026. *Id*. Nonetheless, on May 27, 2026, Plaintiff filed a document titled, "Application for Clerk's Entry of Default," in which he asserts entitlement to an entry of default pursuant to Federal Rule of Civil Procedure 55(a).

As this matter was dismissed on January 6, 2026, Plaintiff's motion for entry of default will be denied. The Court will instruct the Clerk not to accept any additional filings from Plaintiff in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Clerk's Entry of Default [ECF No. 15] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional filings from Plaintiff in this closed action.

**IT IS FURTHER ORDERED** that an appeal from this Order shall not be taken in good faith.

Dated this 1st  day of June, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE